THE STATE, EX REL. CORRIGAN, PROS. ATTY., *v.* MASTEN.

[Cite as State, ex rel. Corrigan, *v.* Masten (1989), 43 Ohio St. 3d 66.]

(No. 89-199—Submitted April 25, 1989—Decided May 3, 1989.)

*John T. Corrigan,* prosecuting attorney, *Patrick J. Murphy, Michael Pokorny* and *Michael P. Butler,* for relator.

*Per Curiam.* Respondent has not challenged the allegations of the complaint, and relator has proved respondent's convictions by submitting a copy of the judgment entered in *State of Ohio* v. *Armond Masten* (Oct. 12, 1984), Cuyahoga C.P. No. CR-190206, unreported. Accordingly, on the authority of *State, ex rel. Corrigan,* v. *Haberek* (1988), 35 Ohio St. 3d 150, 518 N.E. 2d 1206, we find that respondent is holding a seat on the Linndale Village Council unlawfully. We therefore grant relator's motion for summary judgment and issue a writ of quo warranto ordering respondent's immediate removal from the Linndale Village Council.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.